IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 5 2023

BY
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § |
| v. | NO. 1:23-CR-32 |
| KYLE MACKENZIE RINGER | Judge: Crone - Stetson |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(n)
Illegal Receipt of a Firearm by a Person Under Indictment

On or about the November 9, 2022, in the Eastern District of Texas, the defendant, **Kyle Mackenzie Ringer**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Sexual Assault of a Child, a Second Degree Felony, did willfully receive a firearm, that is, a Glock GMBH, Model 22, .40 Caliber, semi-automatic pistol, bearing serial number: BVKZ319, said firearm having been shipped and transported in interstate and foreign commerce.

All in violation of 18 U.S.C §§ 922(n) and 924(a)(1)(D).

### Count Two

Violation: 18 U.S.C. § 922(a)(6)
False Statement During Purchase of a Firearm

On or about August 26, 2022, in the Eastern District of Texas, the defendant, **Kyle**

**Mackenzie Ringer**, in connection with the attempted acquisition of a firearm, that is, a Glock GMBH, Model 22, semi-automatic pistol, from Academy Sports + Outdoors #37, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious oral and written statement to Academy Sports + Outdoors #37, which statement was intended and likely to deceive Academy Sports + Outdoors #37, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant represented that he was not under indictment or information in any court for a felony.

All in violation of 18 U.S.C §§ 922(a)(6) and 924(a)(2).

## Count Three

Violation: 18 U.S.C. § 922(a)(6)
False Statement During Purchase of a Firearm

On or about August 26, 2022, in the Eastern District of Texas, the defendant, **Kyle Mackenzie Ringer**, in connection with the attempted acquisition of a firearm, that is, a Glock GMBH, Model 22, semi-automatic pistol, from Academy Sports + Outdoors #37, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious oral and written statement to Academy Sports + Outdoors #37, which statement was intended and likely to deceive Academy Sports + Outdoors #37, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant represented that he was not under indictment or information in any court for a felony.

All in violation of 18 U.S.C §§ 922(a)(6) and 924(a)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Firearms Forfeiture Allegation
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1. The allegations contained in Count One, Count Two and Count Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18 U.S.C §§ 922(n) and 924(a)(1)(D) as set forth in Count One of this Indictment, the defendant, Kyle Mackenzie Ringer, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

    a. a Glock GMBH, Model 22, .40 Caliber, semi-automatic pistol, bearing serial number: BVKZ319, and any associated ammunition and magazines.

3. Upon conviction of the offense(s) in violation of Title 18 U.S.C §§ 922(a)(6) and 924(a)(2) as set forth in Count Two and Count Three of this Indictment, the defendant, Kyle Mackenzie Ringer, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

    b. a Glock GMBH, Model 22, .40 Caliber, semi-automatic pistol, bearing

serial number: BVKZ319, and any associated ammunition and magazines.

4. If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
JONATHAN C. LEE
Assistant United States Attorney

_April 5, 2023_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 1:23-CR 32 |
| | § |
| KYLE MACKENZIE RINGER | § |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 922(n)

Penalty: Imprisonment of not more than five (5) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

### Counts Two and Three

Violation: 18 U.S.C. § 922(a)(6)

Penalty: Imprisonment of not more than ten (10) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00